JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY SCOTT GRANTHAM,<br><br>       Petitioner,<br><br>    v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>       Respondent. | Case No. 2:25-cv-04760-SVW-KES<br><br>**JUDGMENT** |

   Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

   IT IS ADJUDGED that the Petition is dismissed as untimely.

DATED: November 6, 2025

_____
Hon. Stephen V. Wilson
UNITED STATES DISTRICT JUDGE